The initial pretrial conference is hereby adjourned to **July 20, 2023 at 11:30 a.m.** The submissions required by ECF No. 6 are due **seven calender days** before the conference date.

Dated: July 6, 2023
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**



New York
Times Square Tower
7 Times Square
Suite 4300
New York, NY 10036
(212) 899-9960 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
(212) 899-9982

**Writer's E-mail:**
kcaminiti@fisherphillips.com

July 5, 2023

<u>**Via ECF**</u>

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

RE: *Benjamin Levin v. Wells Fargo Bank, N.A.*,
Case No. 23-cv-02517 (JLR)

Dear Judge Rochon:

This office represents Defendant Wells Fargo in the above-referenced action. Defendant writes, with Plaintiff's consent, to respectfully request an adjournment and rescheduling of the initial pretrial conference scheduled for July 13, 2023, and associated submission dates for the joint letter and Civil Case Management Plan and Scheduling Order. This request will provide the parties time to meet and confer with respect to the joint letter and proposed Civil Case Management Plan and Scheduling Order in light of scheduled vacations and the federal holiday. This is the parties' first request for an adjournment of the initial pretrial conference. The parties propose the following revised dates for the initial pretrial conference: July 20, July 27, and July 28.

Thank you for your consideration of this matter.

Respectfully submitted,

<u>*/s/ Kathleen McLeod Caminiti*</u>
Kathleen McLeod Caminiti, Esq.
FISHER & PHILLIPS LLP

**Fisher & Phillips LLP**

Atlanta · Baltimore · Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport · Houston
Irvine · Kansas City · Las Vegas · Los Angeles · Louisville · McLean · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando
Philadelphia · Phoenix · Pittsburgh · Portland · Sacramento · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hills